In the Matter of THOMAS J. MOREHOUSE, for Reinstatement to the Practice of Law in the State of New York. [937 NYS2d 642]—Order entered denying application for reinstatement. Pres-

ent—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ. (Filed Dec. 9, 2011.)